David **MEAD**, Appellant,

v.

**LABOR AND INDUSTRIAL RELATIONS COMMISSION OF MISSOURI, Missouri Division of Employment Security, General Services Administration Employees Account Branch, Federal Protective Service of U.S. Government, Respondents.**

No. 52017.

Missouri Court of Appeals,
Eastern District,
Division One.

May 19, 1987.

Motion for Rehearing and/or Transfer
Denied June 24, 1987.

Application to Transfer Denied
Sept. 15, 1987.

David Mead, pro se.

Larry R. Ruhmann, St. Louis, for respondents.

Sandy Bowers, Jefferson City, for Div. of Employment Sec.

Alan J. Downs, Jefferson City, for Labor and Indus. Relations Com'n.

### ORDER

PER CURIAM:

Claimant appeals from the decision of the circuit court affirming the decision of the Labor and Industrial Relations Commission adopting the decision of the appeals referee finding claimant disqualified for unemployment benefits.

The finding of the commission that claimant left work voluntarily without good cause attributable to his work or to his employer, § 288.050.1(1), RSMo 1986, is supported by competent and substantial evidence, and is correct as a matter of law. The record supports a finding the appeals tribunal provided claimant a fair hearing.

The judgment is affirmed pursuant to Rule 84.16(b).